**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**MENNDEK CUSHE,**

**Plaintiff,**

**v.** **Case No.: 5:25-cv-00501-ACC-PRL**

**WINTRUST MORTGAGE, A DIVISION OF BARRINGTON BANK & TRUST CO., N.A.;**

**Defendant,**
___________________________________/

ORDER

Plaintiff Menndek Cushe, who is represented by attorneys Matthew David Bavaro and Jessica Krassner, filed a pro se Notice of Related Action. (Doc. 38). Pursuant to Local Rule 2.02(b), a party who is represented by a lawyer can appear through the lawyer only. Accordingly, Plaintiff's pro se Notice of Related Action (Doc. 38) is due to be **stricken.**

DONE and ORDERED in Ocala, Florida on August 7, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party